No. 02–11120.  FULTZ v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–11121.  LOVETT v. MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 02–11123.  NEDRICK v. DUNCAN, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 02–11124.  ONTIVEROS v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 02–11125.  HERNANDEZ-SORTO v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–11126.  FUENTES-RIVERA v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–11127.  GAY v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–11128.  RUIZ IBARDO v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–11129.  HENDRICKS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 02–11130.  GUTIERREZ-ESTRADA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–11131.  JONES, EXECUTOR OF THE ESTATE OF SMITH v. LOCAL 705, INTERNATIONAL BROTHERHOOD OF TEAMSTERS PENSION FUND.  C. A. 7th Cir.  Certiorari denied.

No. 02–11132.  CRAWFORD v. JACKSON.  C. A. D. C. Cir.  Certiorari denied.

No. 02–11134.  ROSARIO v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 02–11135.  WINFIELD v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 02–11136.  RICHARDSON v. PARKE, SUPERINTENDENT, PUTNAMVILLE CORRECTIONAL FACILITY.  C. A. 7th Cir.  Certiorari denied.